IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Amanda Lopez-Perez and Anton Perez | : | CASE NO.: 5:20-bk-01632-RNO |
| Debtor. | : | CHAPTER 7 |

| | | |
|---|---|---|
| Amanda Lopez-Perez and Anton Perez, | : | |
| Movant, | : | |
| v. | : | 11 U.S.C. 722 |
| Ally Financial and John J. Martin, Trustee | : | |
| Respondent. | : | |

## MOTION FOR AUTHORITY TO REDEEM PERSONAL PROPERTY UNDER 11 U.S.C. § 722

Now come (s) the Debtor (s) by and through counsel, and moves the court pursuant to 11 U.S.C. 722 and Bankruptcy Rule 6008 for a Redemption Order on the following grounds:

1. The item to be redeemed is tangible personal property intended primarily for personal, family or household use is more particularly described as follows:

   Year:  2017
   Make:  Mitsubishi
   Model: Outlander
   VIN # JA4AR3AU1HZ016173

2. The interest of the Debtor (s) in such property is exempt and the debt (which is secured by said property to the extent of the allowed secured claim of the Creditor, Ally Financial) is a dischargeable consumer debt.

3. The allowed secured claim of said Creditor for purposes of redemption, the "redemption value", should be determined to be not more than $5,800. This amount is based upon (1) Debtor's knowledge of the value of the property; (2) the value that creditor could expect to realize from commercially reasonable disposition of property, 11 U.S.C. §§ 506(a), 722; see also In re Waters, 122 B.R. 298 (Bankr.W.D.Tx. 1990); and (3) a reasonable reduction for retail cost of repairs. See In re Morales, 387 B.R. 36 (Bankr.C.D.CA 2008).

4. Arrangements have been made by the Debtor (s) to pay to the said Creditor up to the aforesaid amount in a lump sum should this motion be granted.

5. Debtors shall pay the redemption amount from exempt funds (retirement account).

**WHEREFORE,** the Debtor (s) request (s) the Court to order the said Creditor to accept from the Debtor (s) the lump sum payment of the redemption value and release their lien of record. In the event the said Creditor objects to this motion, the Debtor (s) requests the Court to determine the value of the property as of the time of the hearing on such objection.

Date: July 13, 2020

Respectfully submitted,

/s/ Patrick J. Best
Patrick J. Best, Esq.
Attorney ID: 309732
ARM Lawyers
18 N. 8th St.
Stroudsburg PA 18360
570-424-6899