IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Amanda Lopez-Perez and Anton Perez | : : : | CASE NO.: 5:20-bk-01632-RNO |
| Debtor. | : | CHAPTER 7 |

| | | |
|---|---|---|
| Amanda Lopez-Perez and Anton Perez, | : : | |
| Movant, | : : | |
| v. | : : | 11 U.S.C. 722 |
| Ally Financial and John J. Martin, Trustee | : : | |
| Respondent. | : | |

## NOTICE OF MOTION AND RESPONSE DEADLINE

The Debtor filed a Motion for Authority to Redeem Personal Property on July 13, 2020 for the purposes of redeeming the 2017 Mitsubishi Outlander pursuant to 11 U.S.C. § 722.

If you object to the relief requested, you must file your objection/response by July 27, 2020 with the Clerk of Bankruptcy Court Max Rosenn U.S. Courthouse, 197 South Main Street, Wilkes-Barre, PA 18701 and serve a copy on Debtor's Attorney, Patrick J. Best, Esq. at 18 N. 8th St. Stroudsburg PA 18360.

If you file and serve an objection/response within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection/response within the time permitted, the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

Date: July 13, 2020

/s/ Patrick J. Best
Patrick J. Best, Esq.
ARM Lawyers
18 N. 8th St.
Stroudsburg PA 18360
570-424-6899
Attorney for Debtor