IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Amanda Lopez-Perez and Anton Perez | : : : | CASE NO.: 5:20-bk-01632-RNO |
| Debtor. | : | CHAPTER 7 |

| | | |
|---|---|---|
| Amanda Lopez-Perez and Anton Perez, | : : | |
| Movant, | : : : | |
| v. | : : | 11 U.S.C. 722 |
| Ally Financial and John J. Martin, Trustee | : : | |
| Respondent. | : | |

**CERTIFICATE OF SERVICE**

I, Patrick J. Best, Esq. do hereby certify that I have served the foregoing Motion for Authority to Redeem Personal Property, Notice of Motion, Exhibits and Proposed Order upon the following recipients:

| Ally Financial<br>c/o Jeffrey J. Brown, CEO<br>Ally Detroit Center<br>500 Woodward Ave<br>Detroit, MI 48226 | John J. Martin<br>1022 Court St.<br>Honesdale, PA 18431 | Anne K. Fiorenza<br>228 Walnut Street<br>Ste. 1190<br>Harrisburg PA 17101 |
|---|---|---|

Via Public Access to Court Electronic Records/Electronic Case Filing and U.S. First Class Mail on July 13, 2020.

Date: <u>July 13, 2020</u>

/s/ Patrick J. Best
Patrick J. Best, Esq.
ARM Lawyers
18 N. 8th St.
Stroudsburg PA 18360
570-424-6899