# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Amanda Lopez-Perez and<br>Anton Perez | : | CASE NO.: 5:20-bk-01632-RNO |
| | : | |
| | : | |
| Debtor. | : | CHAPTER 7 |

| | | |
|---|---|---|
| Amanda Lopez-Perez and Anton Perez, | : | |
| | : | |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | 11 U.S.C. 722 |
| Ally Financial and John J. Martin, Trustee | : | |
| | : | |
| Respondent. | : | |

## STIPULATION RESOLVING MOTION FOR
## AUTHORITY TO REDEEM PERSONAL PROPERTY UNDER 11 U.S.C. § 722

The parties hereby stipulate as follows:

1. Debtor filed a Voluntary Petition under Chapter 7 of the Bankruptcy Code on May 27, 2020.

2. Debtor owns tangible personal property (the "Property") intended primarily for personal, family, or household use, more particularly described as follows:

   Year:  2017
   Make: Mitsubishi
   Model: Outlander
   VIN # JA4AR3AU1HZ016173

3. Debtor filed a Motion to Redeem this Property on July 13, 2020.

4. Respondent Ally Financial Inc. filed an Answer on July 27, 2020.

5. Respondent John J. Martin did not file a response.

6. Debtor and Respondent Ally Financial Inc. intend to resolve this Motion through this Stipulation and request the Court enter the attached Order.

7. For the purposes of this Motion, the parties agree that the redemption value of the property shall be $9,000. Said payment shall be forwarded to: Payment Processing Center, PO Box 9001951, Louisville, KY 40290-1951. The account number must be written on the check.

Date: <u>August 6, 2020</u>

Respectfully submitted,

<u>/s/ Patrick J. Best</u>
Patrick J. Best, Esq.
Attorney ID: 309732
ARM Lawyers
18 N. 8th St.
Stroudsburg PA 18360
570-424-6899

Date: <u>August 13, 2020</u>

Regina Cohen, Esq.
Lavin, Cedrone, Graver, Boyd & DiSipio
Suite 500
190 North Independence Mall West
6th & Race Streets
Philadelphia, PA 19106
215-351-7551 (direct dial)