## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Amanda Lopez-Perez and Anton Perez | : : : | CASE NO.: 5:20-bk-01632-RNO |
| Debtor. | : | CHAPTER 7 |

| | | |
|---|---|---|
| Amanda Lopez-Perez and Anton Perez, | : : | |
| Movant, | : : | |
| v. | : : | 11 U.S.C. 722 |
| Ally Financial and John J. Martin, Trustee | : : | |
| Respondent. | : | |

### ORDER GRANTING REDEMPTION

Upon the motion of the Debtor(s) and in accordance with the Stipulation of the parties, the Court finds as follows:

1. The tangible personal property described below is intended primarily for personal, family or household use of the debtor (s):

    Year: 2017
    Make: Mitsubishi
    Model: Outlander
    VIN # JA4AR3AU1HZ016173

2. The debt owing Ally Financial Inc. ("Creditor") is a dischargeable consumer debt and the Debtor (s) interest in such property is exempt or has been abandoned by the estate.

3. The value of the secured claim of the Creditor for redemption purposes, the "redemption amount" is $9,000.

**IT HEREBY ORDERED,**

1. That the Debtor (s) may redeem the subject property by paying to the Creditor on or before the thirtieth (30th) day following entry of this Order the redemption amount. Said payment shall be forwarded to: Payment Processing Center, PO Box 9001951, Louisville, KY 40290-1951. The account number must be written on the check.

2. Upon timely receipt of such payment and after such payment clears Ally's bank, the Creditor is ordered to surrender the certificate of title to Debtor.
3. In the event of the failure of the Debtor (s) to pay the redemption amount within such time frame, the automatic stay shall immediately terminate.

Dated: August 14, 2020

By the Court,

_____
Robert N. Opel, II, Bankruptcy Judge  BI