# Notice Recipients

District/Off: 0314–5     User: AutoDocketer     Date Created: 8/14/2020
Case: 5:20–bk–01632–RNO     Form ID: pdf010     Total: 3

**Recipients of Notice of Electronic Filing:**
tr     John J Martin (Trustee)     pa36@ecfcbis.com
aty     Patrick James Best     patrick@armlawyers.com
aty     Regina Cohen     rcohen@lavin–law.com

                                            TOTAL: 3